**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA**

To:   In re

Case No.

Chapter

**NOTICE TO CURE CREDITOR MATRIX DEFICIENCY**

Pursuant to Local Bankruptcy Rule 1007-1, the petition filed by you is deficient for the reason set out below. Failure to cure the deficiency **on or before** _____ **will result in the bankruptcy case being dismissed**.

\_\_\_\_   creditor matrix not uploaded into CM/ECF through Creditor Maintenance.

Upon completion of the upload, docket the event **Creditor Matrix Uploaded/Diskette Received**, from the Miscellaneous category of the Bankruptcy Events menu, and terminate the pending deadline.

\_\_\_\_   creditor matrix diskette not submitted to the Clerk, together with Cover Sheet for List of Creditors.

\_\_\_\_   creditor matrix not submitted in scannable hard copy format, with Request for Waiver and Cover Sheet for List of Creditors attached.

CLERK, UNITED STATES BANKRUPTCY COURT

Date:   _____   By _____
Deputy Clerk

Telephone Number: _____

Electronic Notice   _____
Telephonic Notice   _____
Personal Notice   _____
Notice by Mail   _____

[ntcrmtrx ver.12/09]